UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SHAWN CARTER CREATIVE, LLC,

    Plaintiff,

    v.

WATCHES OF SWITZERLAND
GROUP USA, INC.,

    Defendant.

Case No. 2:25-cv-820
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court on Defendant Watches of Switzerland Group USA, Inc.'s Motion to Dismiss for Lack of Jurisdiction. (ECF No. 7.) After Defendant filed the Motion to Dismiss, Plaintiff Shawn Carter Creative, LLC filed an Amended Complaint. (ECF No. 25.)

Amended complaints supersede the original pleadings and thus render pending motions to dismiss moot. *See Popp v. Brewdog Brewing Co., LLC*, No. 2:24-cv-338, 2024 U.S. Dist. LEXIS 80766, at *1 (S.D. Ohio Apr. 30, 2024) (citation omitted). The parties agreed that the pending Motion to Dismiss should be denied as moot. (*See* ECF No. 24, PageID 75.) Because the parties agree and Plaintiff filed the Amended Complaint after the Motion to Dismiss, the Amended Complaint superseded the original complaint and the pending Motion to Dismiss became moot. Accordingly, Defendant Watches of Switzerland Group USA, Inc.'s Motion to Dismiss (ECF No. 7) is **DENIED as MOOT**.

This case remains open.

    **IT IS SO ORDERED.**

9/30/2025                                                    s/Edmund A. Sargus, Jr.
**DATE**                                                **EDMUND A. SARGUS, JR.**
                                                        **UNITED STATES DISTRICT JUDGE**